PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER (Tran. Court) | 5:03CR-16-001 |
| DOCKET NUMBER (Rec. Court) | 3:15-00116 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Durward Eugene Perry<br>Nashville, TN 37013 | Kentucky Western | Paducah |

NAME OF SENTENCING JUDGE: Edward H. Johnstone Senior U.S. District Judge

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 2/6/2015 | 2/5/2020 |

OFFENSE
18 U.S.C 371 Conspiracy to Commit Armed Bank Robbery
18 U.S.C 2113 (a) & (d) and 18 U.S.C 2 Armed Bank Robbery
18 U.S.C 924(c)(1)(A)(ii) (Brandishing) of a Firearm During a Crime of Violence
18 U.S.C 2113(a) and 18 U.S.C 2 Bank Robbery, Aid and Abet

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Middle District of Tennessee, Nashville Division upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

March 31, 2015
*Date*

Thomas B. Russell
**Thomas B. Russell, Senior Judge**
**United States District Court**
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Middle DISTRICT OF Tennessee, Nashville Division

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/27/15
*Effective Date*

Todd Campbell
*United States District Judge*