# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:15-cr-00116 |
| ) | Judge Trauger |
| DURWARD EUGENE PERRY ) | |

## ORDER

A hearing was held on December 12, 2017 on the Petition to Revoke Supervision (Docket No. 26). The defendant has not had a positive drug screen since August 3, 2017, and is finding the drug treatment at the Evelyn Frye Center very helpful. This case is set for a further hearing on Friday, February 9, 2018 at 4:00 p.m.

It is so **ORDERED**.

ENTER this 13th day of December 2017.

_____
ALETA A. TRAUGER
U.S. District Judge